No. 93–983. CLARKE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1038. JORDAN v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1049. HARDING ET AL. v. WARD ET AL. Sup. Ct. Ky. Certiorari denied.

No. 93–1091. SOUTH DAKOTA DEPARTMENT OF SOCIAL SERVICES EX REL. DOTSON, IN HER OWN BEHALF AND ON BEHALF OF DOTSON, A MINOR CHILD v. SERR. Sup. Ct. S. D. Certiorari denied.

No. 93–1107. JONES ET AL. v. CARLISLE, KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 93–1110. KENTUCKY v. THOMAS. Sup. Ct. Ky. Certiorari denied.

No. 93–1115. CONLEY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–1118. WESTON CONTROLS ET AL. v. PALMIERO (two cases). C. A. 3d Cir. Certiorari denied.

No. 93–1120. REMGRIT CORP. v. REMINGTON ARMS CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1134. SIKKA v. WEST, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 93–1136. TURNBULL ET AL. v. HOME INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1137. OWENS-CORNING FIBERGLAS CORP. v. KOCHAN ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 93–1142. MEMPHIS POLICE DEPARTMENT ET AL. v. GARNER. C. A. 6th Cir. Certiorari denied.